# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MONTALVO QUIROGA | Case No.: 1:14-cv-00152-SKO |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

On October 3, 2014, the parties filed a stipulated request to modify the schedule. Plaintiff seeks additional time to adequately address the issues in the administrative record.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief on or before November 15, 2014;
2. Defendant shall file a responsive brief on or before December 19, 2014; and
3. Plaintiff may file an optional reply brief on or before January 3, 2014.

IT IS SO ORDERED.

Dated: **October 7, 2014**                **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE