UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA M. QUIROGA, | CASE NO. 1:14-cv-00152-SKO |
| Plaintiff, | **ORDER THAT PLAINTIFF FILE AN OPENING BRIEF OR SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

    On October 7, 2014, pursuant to Plaintiff's stipulated request, the briefing schedule was extended to allow Plaintiff until November 15, 2014, to file an opening brief.  Plaintiff failed to file an opening brief.

    Accordingly, IT IS HEREBY ORDERED that by no later than November 19, 2014, Plaintiff shall **either** file an opening brief **or** show cause why this action should not be dismissed for failure to comply with the Court's briefing order.

IT IS SO ORDERED.

    Dated:   **November 19, 2014**           /s/ Sheila K. Oberto
                                                                         UNITED STATES MAGISTRATE JUDGE