1
2
3
4               UNITED STATES DISTRICT COURT
5            FOR THE EASTERN DISTRICT OF CALIFORNIA
6
7  CYNTHIA M. QUIROGA,                    CASE NO.: 1:14-cv-00152-SKO
8
                        Plaintiff,        **ORDER ADMINISTRATIVELY**
9                                         **CLOSING CASE**
        v.
10
11 CAROLYN W. COLVIN,
   Acting Commissioner of Social Security,
12
                        Defendant.
13 _____/
14
15      On November 19, 2014, the parties stipulated pursuant to Federal Rule of Civil
16 Procedure 41 that this matter be dismissed with prejudice.  (Doc. 15.)  As such, this action is
17 terminated.  The Clerk of the Court is DIRECTED to administratively close this case.
18
19
20 IT IS SO ORDERED.
21    Dated:   **November 20, 2014**            /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

1